**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
A.J. TRUCCO, INC.,

                Plaintiff,

-against-                                       22 **CIVIL** 7732 (AT)

                                                          **JUDGMENT**

REDCELL CORP., and REDCELL SYSTEMS, LLC,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 7, 2023, Defendants' motion to dismiss is GRANTED. Trucco's CFAA claim is DISMISSED with prejudice. Trucco's state-law claims are DISMISSED without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      September 7, 2023

                                                           **RUBY J. KRAJICK**
                                                            Clerk of Court

                              **BY:**
                                                           **Deputy Clerk**